[No. 22383–6–I. Division One. August 14, 1989.]

J. DAN FIORITO, ET AL, *Appellants*, v. MICHAEL L. TORRE, *Individually and as Guardian*, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–18753–1, Jerome M. Johnson, J., entered May 9, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster and Winsor, JJ.

[No. 11064–4–II. Division Two. August 15, 1989.]

*In the Matter of the Marriage of* JAMES R. STILWELL, *Respondent, and* LINDA K. STILWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–3–00427–1, Frank D. Howard, J., entered June 4, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 11340–6–II. Division Two. August 15, 1989.]

FARWEST HOMES, *Respondent*, v. H.E. FERRYMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86–2–00793–6, Dale M. Nordquist, J., entered September 4, 1987. *Affirmed as modified* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.